FILED

04/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 19-0665 and 19-0669

IN THE MATTER OF

B.F.;

IN THE MATTER OF

A.F.

Youths in Need of Care.

**ORDER**

Upon consideration of the State's Motion to Consolidate, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED and Cause Nos. DA 19-0665 (*In re B.F.*) and DA 19-0669 (*In re A.F.*) are hereby consolidated under Cause No. DA 19-0669.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 3 2020